**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

   - v. -                         :  **INFORMATION**

CHRISTOPHER ULZHEIMER,             :  22 Cr. \_\_\_

                       Defendant.  :
- - - - - - - - - - - - - - - - - X

**22 CRIM 502**

### COUNT ONE

**(Possession of a Machinegun)**

The United States Attorney charges:

1. From in or about December 2021 up to and including in or about March 2022, in the Southern District of New York and elsewhere, CHRISTOPHER ULZHEIMER, the defendant, did knowingly possess a machinegun, that is, a machinegun conversion device intended for use in converting a semiautomatic Glock pistol to fire automatically, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2), and did aid and abet the same.

(Title 18, United States Code, Sections 922(o), 924(a)(2) and 2)

*[signature]*
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**CHRISTOPHER ULZHEIMER,**

**Defendant.**

### INFORMATION

22 Cr. \_\_\_

(18 U.S.C. §§ 922(o); 924(a)(2) and 2.)

DAMIAN WILLIAMS
United States Attorney